IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-000579-RPM

PATRICK HEGARTY,

    Plaintiff,

v.

FORT LEWIS COLLEGE, COLORADO,
THE BOARD OF TRUSTEES OF FORT LEWIS COLLEGE, COLORADO,
NICHOLAS PEARSON,
BRETT DEMING, and
ARNOLD TRUJILLO,

    Defendants.

_____

## ORDER
_____

Upon consideration of Defendants' Motion for Leave to File Amended Brief in Support of Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [19], filed on January 31, 2011, it is

ORDERED that the motion is granted and the amended brief attached thereto is accepted for filing.

DATED:   February 1st, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge