IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-000579-RPM

PATRICK HEGARTY,

    Plaintiff,

v.

FORT LEWIS COLLEGE, COLORADO,
THE BOARD OF TRUSTEES OF FORT LEWIS COLLEGE, COLORADO,
NICHOLAS PEARSON,
BRETT DEMING, and
ARNOLD TRUJILLO,

    Defendants.

_____

ORDER DISMISSING DEFENDANTS FORT LEWIS COLLEGE, COLORADO, THE BOARD OF TRUSTEES OF FORT LEWIS COLLEGE, COLORADO, AND DENYING MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS NICHOLAS PEARSON, BRETT DEMING AND ARNOLD TRUJILLO IN THEIR INDIVIDUAL CAPACITY
_____

       On January 28, 2011, the defendants filed a motion to dismiss or in the alternative motion for summary judgment on § 1983 claims and to dismiss the tort claims. An amended brief supporting the motion was filed January 31, 2011. The plaintiff filed his response on February 25, 2011, conceding dismissal of Fort Lewis College, Colorado, and The Board of Trustees of Fort Lewis College, Colorado, and Arnold Trujillo in his official capacity as Chief of the Fort Lewis College Police Department. The plaintiff also agreed to dismissal of all state law claims pleaded. The plaintiff has responded to the motion of the individual defendants as a motion for summary judgment and in their reply, of March 11, 2011, those defendants argued for summary judgment of dismissal based on qualified immunity.

Considering the briefing submitted, there is sufficient support to warrant trial on the factual issues which constitute ultimate facts relevant to the question of the use of excessive force from the standard of a reasonably trained police officer in the manner in which a taser device was used on the plaintiff, and removing him from the crowd and the hands-on application of force by Defendants Pearson and Deming in effecting his arrest.  The use of excessive force by police officers is contrary to clearly established law under the Fourth Amendment to the United States Constitution, applicable under the Fourteenth Amendment to these officers.

The plaintiff's claim against Arnold Trujillo in his individual capacity is based upon the contention that he, as Chief of the Fort Lewis College Police Department, equipped officers with used taser equipment without adequate training as to the manner in which and circumstances under which the device may be deployed.  Such a failure to train may have as a direct causal relationship to the conduct of Defendant Pearson and the record is sufficient to warrant trial on that claim against Defendant Trujillo.  Upon the foregoing, it is

ORDERED that this civil action and all claims in it are dismissed as to the Defendants Fort Lewis College, Colorado, The Board of Trustees of Fort Lewis College, Colorado, and Arnold Trujillo in his official capacity, and it is

FURTHER ORDERED that the state law claims against the remaining defendants are dismissed and it is

FURTHER ORDERED that the motion for summary judgment on the claims brought under 42 U.S.C. § 1983 against Defendants Nicholas Pearson, Brett Deming and Arnold Trujillo individually are denied.

DATED: April 25th, 2011

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge