IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-000579-RPM

PATRICK HEGARTY,

    Plaintiff,

v.

NICHOLAS PEARSON,
BRETT DEMING, and
ARNOLD TRUJILLO,

    Defendants.
_____

### ORDER DENYING MOTION TO VACATE PRETRIAL CONFERENCE
_____

    Upon consideration of defendants' Motion to Vacate Pretrial Conference [26] filed May 16, 2011, it is

    ORDERED that the motion is denied.

    DATED:   May 17th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge