IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-000579-RPM

PATRICK HEGARTY,

     Plaintiff,

v.

NICHOLAS PEARSON,
BRETT DEMING, and
ARNOLD TRUJILLO,

     Defendants.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference held on May 20, 2011, it is

ORDERED that this matter is set for trial to jury on **September 19, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED:  May 20th, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge