*10-cv-00579-RPM*
*Pretrial Conference*
*May 20, 2011*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                May 20, 2011
Courtroom Deputy:    Laura Galera
ECR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-00579-RPM

PATRICK HEGARTY                                            Michael Andrew Goldman

    Plaintiff,

v.

NICHOLAS PEARSON,                                          Andrew Mutabaazi Katarikawe
BRETT DEMING, and
ARNOLD (I) TRUJILLO,
in his individual capacity,

    Defendants.
_____

**COURTROOM MINUTES**
_____

**Pretrial Conference**

**2:17 p.m.     Court in session.**

Court reviews proposed pretrial order with counsel.

Discussion regarding the notice of appeal, witnesses, period of time for the trial, and status of the case.

**It was ORDERED:**

    **1.     Court will issue a formal certification regarding the notice of appeal.**

    **2.     Motion to Strike Defendants' Designation of Kevin R. Sailor as an Expert Witness [12] is DENIED.**

    **3.     Trial is set September 19, 2011 at 8:30 a.m.**

    **4.     The final exhibit and witness lists are due by August 19, 2011.**

**2:54 p.m.     Court in recess.**

*10-cv-00579-RPM*
*Pretrial Conference*
*May 20, 2011*

Hearing concluded.
Total time in court: 37 minutes