IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-000579-RPM

PATRICK HEGARTY,

    Plaintiff,

v.

NICHOLAS PEARSON,
BRETT DEMING, and
ARNOLD TRUJILLO,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [46] filed September 26, 2011, it is

ORDERED that all claims remaining against Defendants Nicholas Pearson, Brett Deming and Arnold Trujillo are dismissed with prejudice, with the parties to pay their own costs and attorney's fees.

DATED: September 26th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge